UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**JS-6**

**CIVIL MINUTES – GENERAL**

| | |
|---|---|
| Case No.: 2:21-cv-04947-FWS-MAA | Date: February 16, 2023 |
| Title: Donte House v. Hud Mellencamp | |

Present: **HONORABLE FRED W. SLAUGHTER, UNITED STATES DISTRICT JUDGE**

| Melissa H. Kunig | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| Not Present | Not Present |

**Proceedings: (IN CHAMBERS) ORDER DISMISSING CASE WITH PREJUDICE PURSUANT TO PARTIES' JOINT STIPULATION [67] AND VACATING AS MOOT DEFENDANT'S MOTION FOR SUMMARY JUDGMENT [62]**

Before the court is Defendant Hud Mellencamp's ("Defendant") Motion for Summary Judgment on Plaintiff Donte House's ("Plaintiff") Complaint. (Dkt. 62 ("Motion" or "Mot.").) Defendant filed the Motion on January 5, 2023. (*Id.*) On February 15, 2023, the parties jointly stipulated to dismiss this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1). (*See* Dkt. 67 ("Joint Stipulation").) Having reviewed the Joint Stipulation and the docket in this case, and for good cause appearing, the court **GRANTS** the Joint Stipulation and **ORDERS** the following:

The lawsuit and all claims asserted by Plaintiff Donte House against Defendant Hud Mellencamp in case number 2:21-cv-04947-FWS-MAA are **DISMISSED WITH PREJUDICE**, with each respective party to bear their own respective attorney's fees and costs.

Accordingly, based on the aforementioned dismissal of the case, the court **VACATES AS MOOT** the Motion at Dkt. 62. The court observes that the Joint Stipulation requests that the court dismiss this action in its entirety with prejudice because no other defendants remain in this action and contemplates the parties bearing their own attorneys' fees and costs. (Dkt. 67 at 1-2.) Accordingly, the Clerk shall close the case file.

**IT IS SO ORDERED**.

Initials of Deputy Clerk:  mku